UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSHUMAN SINGH, et al., <br> Plaintiff(s), <br> v. <br> STELLANTIS N.V., et al., <br> Defendant(s). | Case No. 4:23-cv-00452-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Emma Wright, an active member in good standing of the bar of Washington State, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Matthew J. Preusch, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 298144.

| | |
|---|---|
| 1201 3rd. Ave., Ste. 3200, Seattle, WA 98101 | 801 Garden St., Ste. 301, Santa Barbara, CA |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (206) 623-1900 | (805) 456-1496 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| ewright@kellerrohrback.com | mpreusch@kellerrohrback.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 56770.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: February 1, 2023                                         Emma Wright
                                                                     APPLICANT
5

6    ═══════════════════════════════════════════════════════════════

7

8                        ORDER GRANTING APPLICATION
9                   FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11   IT IS HEREBY ORDERED THAT the application of  Emma Wright  is
12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney
13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-
14   counsel designated in the application will constitute notice to the party.
15   Dated:        2/2/2023

16

17                                              *Haywood S. Gill, Jr.*
18                                              UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 56770 |
| OF | ) | **CERTIFICATE** |
| EMMA MARGUERITE WRIGHT | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Sarah R. Pendleton, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

**EMMA MARGUERITE WRIGHT**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on August 19, 2020, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 5th day of January, 2023.

Sarah R. Pendleton
Supreme Court Deputy Clerk
Washington State Supreme Court