Gregory P. Gilmer, Bar No. 212067
greg.gilmer@kleinthomaslaw.com
**KLEIN THOMAS LEE & FRESARD**
1920 Main St., Ste. 230
Irvine, California 92614
Tel: (949) 676-4570

*Attorneys for Defendant FCA US LLC*

Matthew J. Preusch, Bar No. 298144
mpreusch@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
801 Garden St., Suite 301
Santa Barbara, California 93101
Tel: (805) 456-1496 / Fax: (805) 456-1497

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSHUMAN SINGH, *et. al*, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>FCA US LLC, *et al.*,<br><br>    Defendants. | Case No. 4:23-cv-00452-HSG<br><br>**ORDER GRANTING STIPULATION RE: TOLLING AGREEMENT** |

/ / /

/ / /

/ / /

/ / /

1
**ORDER GRANTING STIPULATION RE: TOLLING AGREEMENT**

1 | Before the Court is the Parties' stipulation on a tolling agreement concerning
2 | Stellantis N.V. **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
3 |
4 | Date:   4/6/2023
5 |
       _____
       Honorable Haywood S. Gilliam, Jr.
       United States District Court Judge

**ORDER GRANTING STIPULATION RE: TOLLING AGREEMENT**