UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Singh, et al.                              ,

          Plaintiff(s),

   v.

FCA US LLC                                 ,

          Defendant(s).

Case No. 4:23-cv-00452-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Stephen A. D'Aunoy, an active member in good standing of the bar of MO (54961) and IL (6305295), hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: FCA US LLC in the above-entitled action. My local co-counsel in this case is Gregory P. Gilmer, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 212067.

| One US Bank Plaza, St. Louis, MO 63101 | 1920 Main St., Ste. 230, Irvine, CA 92614 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 314-552-6000 | 949-676-4570 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| sdaunoy@thompsoncoburn.com | greg.gilmer@kleinthomaslaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 54961; 6305295.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___1___ times in the 12 months preceding this application.

United States District Court
Northern District of California

1      I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: July 20, 2023                                      Stephen A. D'Aunoy

5                                                                   APPLICANT

8  ORDER GRANTING APPLICATION

9  FOR ADMISSION OF ATTORNEY PRO HAC VICE

11      IT IS HEREBY ORDERED THAT the application of Stephen A. D'Aunoy       is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____7/20/2023_____

17  Haywood S. Gill Jr.

18  UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

## The Supreme Court of Missouri



## Certificate of Admission as an
## Attorney at Law

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/17/2003,

## Stephen Anthony D'Aunoy

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 1st day of May, 2023.

Clerk of the Supreme Court of Missouri

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Stephen A. D'Aunoy

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 10/24/2011 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 1st day of May, 2023.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois